UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| ED MERKNER, THOMAS E. RODGERS and PETER E. CONNOR, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | CASE NO. 1:09-CV-423 |
| vs. | ) ) | CLASS ACTION |
| AK STEEL CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that pursuant to LR 83.4(c)(2), Andrew J. Schwaba hereby withdraws his appearance in this matter as co-counsel *pro hac vice* for Plaintiffs.

Dated: April 30, 2010.

/s/ Andrew J. Schwaba
_____
Andrew J. Schwaba
*Admitted Pro Hac Vice*

/s/ Gregory F. Coleman
_____
Gregory F. Coleman
Coleman & Edwards, P.C.
Bank of America Center
550 Main Avenue, Suite 600
Knoxville, TN 37902
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
gcoleman@colemanedwardspc.com
*Admitted Pro Hac Vice*

Mona Lisa Wallace
Wallace and Graham, P.A.
525 North Main Street
Salisbury, NC 28145
Telephone:  (800) 849-5291
Facsimile:  (704) 633-9434
mwallace@wallacegraham.com
*Admitted pro hac vice*

Marc G. Pera
The Moore Law Firm
1060 Nimitzview Dr., Suite 200
Cincinnati, Ohio 45230
Telephone:  (513)232-2000
mpera@moorelaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Andrew J. Schwaba, hereby certify that a copy of the foregoing Notice of Withdrawal was electronically filed.  Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated:  April 30, 2010

/s/ Gregory F. Coleman
_____
Gregory F. Coleman