UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ED MERKNER, et al., | : | Case No. 1:09cv423 |
| Plaintiffs, | : | Judge Black |
| v. | : | |
| AK STEEL CORPORATION, | : | |
| Defendant. | : | |

## ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

This matter has come before the Court on the motion of the Plaintiffs, Ed Merkner, Thomas E. Rodgers and Peter E. Connor (along with Jack Kriess and Ed Musko the Proposed Class Representatives herein), and Defendant, AK Steel Corporation ("AK Steel"), for entry of an order granting preliminary approval to the parties' class action settlement agreements for hourly and salaried employees (collectively the "Settlement") and to the parties' plan of class notice herein, directing that the notice be sent and specifying a date for the final approval hearing in this matter.

Plaintiffs brought this action against Defendant AK Steel challenging its decision to modify health care benefits at the Butler Works with regard to certain retirees, their spouses and/or surviving spouses and eligible dependents.

AK Steel disputes Plaintiffs' claims and asserts the right to make modifications to retiree health benefits.

The parties after Court-supervised mediation have now entered into Settlement Agreements for Hourly and Salaried retirees resolving Plaintiffs' claims subject to the approval of this Court.

1

Presently before the Court are the parties' joint motion seeking preliminary approval of that Settlement, and certain associated motions including a motion to amend the complaint and a motion to certify and Hourly Class and a Salaried Class herein. The parties request that as to the instant motion, the Court enter an order granting preliminary approval to the Settlement, approving the notice to the class and setting a date for a hearing on the fairness of the Settlement.

Based on the Court's review of these matters, as well as the arguments and evidence presented at the preliminary approval hearing, and the Court having granted the contemporaneously filed motions to amend and to certify a settlement class, the Court finds and orders as follows:

1. The Settlement reflected by the settlement agreements for the hourly and salaried retirees (Exhibits B and C to the parties' joint motion) is preliminary approved. The Court finds that the proposed Settlement falls within the range of possible approval, does not disclose grounds to doubt its fairness, and includes no obvious deficiencies.

2. The parties shall provide notice, pursuant to Rule 23, to the class members with regard to the Settlement. The parties will use their best efforts to send the notice to individual class members by first class mail in substantially the form set forth in Exhibit A to the brief in support of the joint motion. The court finds that this method of notice constitutes the best notice practicable under the circumstances.

3. The Court will conduct a hearing pursuant to Rule 23 of the Federal Rules of Civil Procedure on January 10, 2011 at 10 a.m. for the purpose of considering the fairness, reasonableness, and adequacy of the settlement, and to consider objections, if any, to the settlement. Other than the parties, no person will be heard at the hearing unless that person files an objection in writing with the Claims Administrator, as specified in the notice, postmarked on or before November 15, 2010. Briefs in support or opposition to the final approval of the Settlement as well as any briefs addressing objections and for approval of attorneys' fees and costs shall be filed by December 20, 2010.

IT IS SO ORDERED.

Date: 9/24/10

_Timothy S. Black_
JUDGE TIMOTHY BLACK