October 8th, 2010

To: Class Action Attorneys for VEBA Settlement with A.K. Steel:

As an hourly class member for this settlement, I do not approve of the terms in this agreement.

I already have insurance through A.K. Steel as I am the spouse of a deceased retirree. This has not changed since May of 2005 when I retired and met with the benefits representative, except for the cancellation of vision and dental coverage and Medicare part B coverage for retirees in the contract negotiations in 2006. I did not agree to this, and was hoping this suit would get these benefits back for me, but it does not do that.

As planned, I am going on Medicare at the age of 66, as the A.K. Steel representative requested, and to use the A.K. Steel insurance as my Medicare Supplement, because they said I can do this at the meeting with the A.K. Steel representative. Medicare only covers 80% of Heath Care, and my present policy would cover the other 20%.

The insurance should not have a cut off date for A.K. Steel insurance of Dec. 31, 2014 under the VEBA, as I will be age 66 in May of 2012, and will be Medicare eligible.

I am not interested in the VEBA and prefer to retain my present insurance through A.K. Steel. Right now, I need dentures and new glasses, but do not have insurance to help with this, as they are very costly. This settlement needs to be reconsidered and changed before I can agree to it.

THANK YOU for your assistance and consideration in this matter.

SINCERELY:
Patricia Sellers
*Patricia Sellers*


**Patricia A. Sellers**
3325 Oneida Valley Rd.
Emlenton, PA 16373-2111

November 6th, 2010

To: Class Action Attorneys for VEBA Settlement with A.K. Steel:

Since I attended the meeting with the attorneys on October 9th, 2010, and learning that the vision and dental insurance benefits cannot be recovered, and learning more about the settlement, I have decided To recind or withdraw my objection to the settlement agreement.

I now feel this is a workable agreement that will be adequate as my Medicare supplement.

THANK YOU.

SINCERELY:
Patricia Sellers
*Patricia Sellers*