UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ED MERKNER, THOMAS E. )
RODGERS, PETER E. CONNOR, )
JACK KRIESS and ED MUSKO, )
on behalf of themselves and others )
similarly situated, )
)
                 Plaintiffs, )
vs. )    CASE NO. 1:09-CV-423-TSB
)
)    CLASS ACTION
AK STEEL CORPORATION, )
)
                 Defendant. )

## JUDGMENT

The Court having entered an order granting final approval of the hourly and salaried class settlements herein (Docket 78) finding that the settlements are fair, reasonable and adequate, and having by separate order approved the plaintiffs' motion for attorney fees and costs (Docket 79), the settlement agreements previously filed at Docket Nos. 64-2 and 64-3 are hereby approved in their entireties. Therefore, the Court enters its Final Judgment approving the settlements and directs the parties to perform in accordance with the terms set forth in said settlement agreements. The action is dismissed with prejudice. Without affecting the finality of this Judgment, the Court retains continuing jurisdiction over the parties as well as over the two classes certified in this action for the purposes of enforcing the settlement agreements and this Judgment and for purposes of entertaining any further motions or submissions of the parties in this action including without limitation with regard to the finalization and implementation of the Voluntary Employees Beneficiary Association or "VEBA" in this matter.

IT IS SO ORDERED.

Dated: 1/10/11

_Timothy S. Black_
UNITED STATES DISTRICT JUDGE