Case No. 10-3163

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ED MERKNER, on behalf of themselves and others similarly situated; THOMAS E. RODGERS, on behalf of themselves and others similarly situated; PETER E. CONNER, on behalf of themselves and others similarly situated

    Plaintiffs - Appellees

v.

AK STEEL CORPORATION

    Defendant - Appellant

In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

        **ENTERED PURSUANT TO RULE 33(d),
        RULES OF THE SIXTH CIRCUIT**
        Leonard Green, Clerk

Issued: February 18, 2011

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 18, 2011

Mr. Gregory F. Coleman
Law Offices
550 W. Main Avenue
Suite 600
Knoxville, TN 37902

Mr. Gregory P. Rogers
Taft, Stettinius & Hollister
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

Re:  Case No. 10-3163 , *Ed Merkner, et al v. AK Steel Corporation*
     Originating Case No. : 09-00423 : 06-00468

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Teresa Mack
Case Manager
Direct Dial No. 513-564-7330

cc:  Mr. James Bonini

Enclosure

No mandate to issue